|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| JOSE ERNESTO BERMUDEZ DE EUGENIO, | No. 5:25-cv-03313-JAK (Ex) |
|---|---|
| Petitioner, | **ORDER RE RESPONSE TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE (DKT. 2)** |
| v. |   |
| Kristi NOEM, et al., |   |
| Respondents. |   |

1

On December 8, 2025, Petitioner filed this action as well as an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause ("Motion" (Dkt. 2)). On or before Noon on December 11, 2025, Respondents must file a response to the Motion.

**IT IS SO ORDERED.**

Dated: 12/09/2025

John A. Kronstadt
United States District Judge